# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEIZURE OF<br><br>2015 CHEVROLET SILVERADO, VIN 3GCPCREC4FG173943, LICENSE PLATE NO. 68914H2 | Case No. 1:18-sw-00308-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE<br><br>(Doc. Nos. 3, 10, 11) |

On April 10, 2019, Anastasia Purnell ("Movant"), appearing pro se, filed a motion for the return of property subject to a seizure order pursuant to Rule 41(g) of the Federal Rules of Criminal Procedure. (Doc. No. 3.) On June 4, 2019, the Court issued an order denying Movant's motion for the return of property. (Doc. No. 10.) Movant then filed a motion on June 12, 2019, seeking "review de novo" by a district judge of the Court's June 4, 2019 order. (Doc. No. 11.) Documents filed by pro se litigants are to be liberally construed and the Court therefore interprets Movant's June 12, 2019 motion as a request for reconsideration pursuant to Local Rule 303(c). *See Erickson v. Pardus,* 551 U.S. 89. 94 (2007). Accordingly, the Court HEREBY DIRECTS the Clerk of the Court to randomly assign a district judge to this action.

IT IS SO ORDERED.

Dated: **July 8, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1