# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| **I. IN RE SEIZURE OF** | 1:18-sw-00308-LJO-BAM |
|---|---|
| 2015 CHEVROLET SILVERADO, VIN 3GCPCREC4FG173943, LICENSE PLATE NO. 68914H2 | ORDER AFFIRMING MAGISTRATE JUDGE'S RULING UNDER RULE 41 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE (ECF NO. 11) |

This matter concerns Anastasia Purnell's ("Petitioner") Motion for Prompt De Novo Review ("the Motion") of the magistrate judge's June 4, 2019 order denying Petitioner's motion for return of property subject to seizure order. ECF Nos. 10–11. Petitioner filed the Motion on June 12, 2019. ECF No. 11. The government filed its opposition on August 1, 2019. ECF No. 13. Petitioner filed a reply on August 26, 2019. ECF No. 16. In an abundance of caution, the Court has conducted a de novo review of the magistrate judge's order under 28 U.S.C. § 636(b)(1). After carefully analyzing the record, this Court finds the magistrate judge's June 4, 2019 ruling (ECF No. 10) is correct based on the reasoning set forth in the June 4, 2019 order.

Accordingly, IT IS ORDERED:

1. The magistrate judge's order entered June 4, 2019 (ECF No. 10) is ADOPTED in full; and

2. Petitioner's motion for prompt de novo review of the magistrate judge's June 4, 2019 order (ECF No. 11) is DENIED.

IT IS SO ORDERED.

Dated: __**August 27, 2019**__      __/s/ Lawrence J. O'Neill__
                                                          UNITED STATES CHIEF DISTRICT JUDGE