UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE SEIZURE OF<br><br>FUNDS MAINTAINED AT CITIBANK ACCOUNT NUMBER 2017100082 IN THE NAME OF ALL PROFIT ORGANIZATION LLC | Case No. 1:18-sw-00308-LJO-BAM-1<br><br>ORDER GRANTING IN PART AND DENYING IN PART THE UNITED STATES' MOTION FOR CONTINUANCE OF SCORPIO PURNELL'S MOTION FOR RETURN OF PROPERTY<br><br>(Doc. No. 19) |

On August 19, 2019, Scorpio Purnell filed a Motion for Return of Property Subject to Seizure Order. (Doc. No. 15.) On August 20, 2019, the Court issued an order setting a hearing on Mr. Purnell's motion for September 25, 2019 and requiring any opposition or statement of non-opposition to be filed by September 4, 2019. (Doc. No. 17.) On September 3, 2019, the United States filed a motion seeking to continue the hearing on the Mr. Purnell's motion to November 6, 2019. (Doc. No. 19.) According to the United States, it must obtain a declaration from Patricia Lancaster of the Bureau of Alcohol, Tobacco, Firearms and Explosives Asset Forfeiture Division in order to respond to Mr. Purnell's motion. (*Id.*) However, Ms. Lancaster has been out of the office for the past two weeks and returns to the office this week. (*Id.*) The United States therefore requests that the hearing be continued for forty-two days in order to allow time for a meaningful response to Mr. Purnell's motion. (*Id.*) Mr. Purnell has not yet filed a response, but the Court finds a response unnecessary and the United States' motion is deemed submitted.

Having considered the request, and in light of the length of Ms. Lancaster's absence as well as the United States' representation that she will return to the office this week, the Court finds good cause to grant a more limited continuance of the hearing on Mr. Purnell's motion to

October 15, 2019, as well as the corresponding briefing schedule.  The Court further finds that Mr. Purnell will not be prejudiced by the brief extension of time granted here.  Accordingly, Defendant's motion seeking to continue the hearing on the Mr. Purnell's Motion for Return of Property Subject to Seizure Order is GRANTED IN PART AND DENIED IN PART.  The hearing on the Motion for Return of Property Subject to Seizure Order (Doc. No. 15) currently set for September 25, 2019, is HEREBY CONTINUED to **Tuesday October 15, 2019, at 1:00 PM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**  Any opposition or statement of non-opposition shall be filed on or before **September 24, 2019**, and any reply shall be filed on or before **October 8, 2019**.

IT IS SO ORDERED.

Dated: **September 4, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE