1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE THE SEIZURE OF<br><br>CITIBANK ACCOUNT NO. 207100082 IN THE NAME OF ALL PROFIT ORGANIZATION, LLC | Case No.  1:18-sw-00307-BAM-1<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. No. 13) |
| IN RE THE SEIZURE OF<br><br>2015 CHEVROLET SILVERADO, vin 3GCPCREC4FG173943, license pLATE NO. 68914H2 | Case No.  1:18-sw-00308-LJO-BAM-1<br><br>(Doc. No. 46) |

On October 9, 2019, the Court granted Scorpio Purnell's Motion for the Return of Property Subject to Seizure Order.  (Doc. No. 3; Doc. No. 29.)  The Court's order required the United States to return the funds totaling $9,574.45 seized from Citibank Account No. 207100082 (the "Citibank Account") to Scorpio Purnell.  (Doc. Nos. 3, 6; Doc. No. 29, 34.)   On December 30, 2019, Mr. Purnell filed a motion requesting amendment of the Court's October 9, 2019 order. (Doc. No. 38.) Mr. Purnell's motion indicated that he had not yet received any of the funds seized from the Citibank Account. (*Id.*) On April 9, 2020, the Court denied Mr. Purnell's motion and further ordered the United States to file a status report regarding the return of the funds seized from the Citibank Account within thirty (30) days. (Doc. No. 11; Doc. No. 43.)

On May 15, 2020, after the required status report had not been filed, the Court issued an order requiring the United States to show cause in writing why it had failed to comply with the Court's April 9, 2020 order. (Doc. No. 13; Doc. No. 46.) The United States was permitted to comply with the order to show cause by filing the required status report. (*Id.*)

1

On May 26, 2020, the United States filed a status report apologizing for the failure to respond and explaining that the seized funds had been returned in their entirety to Mr. Purnell care of Christen Woods at Mr. Purnell's written instruction. (Doc. No. 14; Doc. No.  47.)

Having considered the United States' response, and in light of the status report filed on May 26, 2020, the Order to Show Cause issued May 15, 2020 (Doc. No. 13; Doc. No. 46) is HEREBY DISCHARGED.

The Clerk of Court is further directed to file this order in *In re the Seizure of Citibank Account No. 207100082 in the Name of All Profit Organization, LLC*, Case No. 1:18-sw-00307-BAM-1, and in *In re the Seizure of 2015 Chevrolet Silverado, VIN 3GCPCREC4FG173943, License Plate No. 68914H2,* Case No. 1:18-sw-00308-LJO-BAM-1.

IT IS SO ORDERED.

Dated:   **June 1, 2020**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE

2